No. 76–6395. COLEMAN *v.* GEORGIA, *ante,* p. 909. Petition for rehearing denied.

No. 76–833. MORROW *v.* GREYHOUND LINES, INC., 429 U. S. 1095. Petition for rehearing and other relief denied.

No. 76–5815. ZANNIS *v.* UNITED STATES, 430 U. S. 934; and

No. 76–6167. BUSTELL *v.* BUSTELL, 430 U. S. 925. Motions for leave to file petitions for rehearing denied.

JUNE 13, 1977

No. 76–675. SENDAK, ATTORNEY GENERAL OF INDIANA, ET AL. *v.* NIHISER, DBA MOVIELAND DRIVE-IN THEATER. Affirmed on appeal from D. C. N. D. Ind. MR. JUSTICE BLACKMUN and MR. JUSTICE REHNQUIST would vacate judgment and remand case for further consideration in light of *Trainor* v. *Hernandez, ante,* p. 434.

No. 76–1203. SOWERWINE, TRUSTEE IN BANKRUPTCY *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE STEWART, MR. JUSTICE REHNQUIST, and MR. JUSTICE STEVENS would dismiss the appeal for want of jurisdiction.

No. 76–6633. MCDONALD *v.* PURITY DAIRIES EMPLOYEES FEDERAL CREDIT UNION ET AL. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.